TYPE OF HEARING: **Rule 5**
CASE NUMBER: **1:25-mj-204**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **3/27/2025**
TIME: **2:00PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Henrry Josue Villatoro Santos**

GOVT. ATTY: **John Blanchard**

DEFT'S ATTY: **w/o Counsel**

DUTY AFPD: **Whitney Minter**

INTERPRETER/LANGUAGE **Maria Horvath - Spanish**

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (✓) FPD (✓) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (✓)

**Gov't is seeking detention - GRANTED pending PH/DH.**

BOND **Deft remanded to custody of the USMS.**

NEXT COURT APPEARANCE **4/1/2025**    TIME **2:00PM**
**PH/DH - WBP**

In Court Time: **12 min.**
**2:03 - 2:15**