# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CASE NO.   1:25-MJ-204 |
| : | |
| HENRRY JOSUE VILLATORO SANTOS  : | |
| : | |
| Defendant.   : | |

## NOTICE OF APPEAL FROM MAGISTRATE JUDGE'S ORDER

The Defendant, Henrry Josue Villatoro Santos, by counsel, hereby notes his appeal to the District Court from the April 15, 2025 Order of the Magistrate Court granting the Government's Motion to Dismiss the case without prejudice, which has been entered in the above case at Docket Number 20.

Respectfully Submitted,
Henrry Villatoro Santos
By Counsel

ELSAYED LAW PLLC

BY: ____/s/_____
Muhammad Elsayed
Virginia Bar No. 86151
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                 _____/s/_____
                 Muhammad Elsayed
                 Virginia Bar No. 86151
                 3955 Chain Bridge Road
                 Second Floor
                 Fairfax, Virginia 22030
                 (703) 884-2636
                 (703) 884-2637 (fax)
                 me@elsayedlaw.com