UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HENRRY JOSUE VILLATORO SANTOS,<br>*Defendant.* | No. 1:25-mj-204-WEF |

### ORDER

This matter is before the Court on the Defendant's Emergency Motion to Extend the Stay of the Order of the Magistrate Court Pending Appeal (Dkt. 22).

Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion (Dkt. 22) is **GRANTED**; and it is further

**ORDERED** that the entry of the dismissal of the criminal complaint against the Defendant is **STAYED** until the District Judge resolves the Defendant's appeal of the undersigned's Order dated April 15, 2025 (Dkt. 20); and it is further

**ORDERED** that the Defendant shall remain in the custody of the United States Marshal until the District Judge resolves the Defendant's appeal of the undersigned's Order (Dkt. 20); and it is further

**ORDERED** that the Defendant may not be transferred to the custody of the Department of Homeland Security before the District Judge resolves the Defendant's appeal of the undersigned's Order (Dkt. 20).

**IT IS SO ORDERED.**

**ENTERED** this 17th day of April, 2025.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia