IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>HENRRY JOSUE VILLATORO SANTOS, )<br>)<br>Defendant. )<br>) | Criminal No. 1:25CR106 |

### ORDER

This matter comes before the Court on the appeal from the April 15, 2025 Order of the Magistrate Court granting the Government's Motion to Dismiss the case without prejudice. For the reasons stated from the bench, it is hereby

ORDERED that the Magistrate Judge's Order of April 15, 2025 is AFFIRMED and this case is DISMISSED.

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 30, 2025